# Court of Appeals, State of Michigan

## ORDER

VELLA TRADER, personal representative of
ESTATE OF THELMA L. DEGOEDE,

V

COMERICA BANK,

Docket No.    317622

LC No.    2008-000191-CZ

Mark T. Boonstra
Presiding Judge

Pat M. Donofrio

Elizabeth L. Gleicher
Judges

---

The Court orders that the November 25, 2014 opinion is hereby VACATED, and a new opinion is attached.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

DEC 0 2 2014
_____
Date

_____
Chief Clerk